**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James R Hunter,<br><br>  Plaintiff,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>  Defendants. | No. CV-21-01228-PHX-SRB (ESW)<br><br>**ORDER** |

The Court has considered "Specially Appearing Arizona Department of Corrections, Rehabilitation and Reentry's Motion for Extension of Time to Comply with Subpoena Duces Tecum (Doc. 46)" (Doc. 50). Good cause appearing,

IT IS ORDERED granting "Specially Appearing Arizona Department of Corrections, Rehabilitation and Reentry's Motion for Extension of Time to Comply with Subpoena Duces Tecum (Doc. 46)" (Doc. 50).

IT IS FURTHER ORDERED that ADCRR shall provide Mrs. Charles Galvan's first name to comply with Plaintiff's Subpoena Duces Tecum no later than **May 15, 2023**.

Dated this 17th day of April, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge